THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL NOBLE, Appellant, *v.* JOHN F. HYLAN et al., Composing the Board of Estimate and Apportionment of the City of New York, Respondents.

*Appeal — order denying motion for peremptory writ of mandamus — appeal therefrom dismissed.*

*People ex rel. Noble* v. *Hylan,* 202 App. Div. 727, appeal dismissed. (Submitted January 10, 1923; decided January 30, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 7, 1922, which unanimously affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the board of estimate and apportionment of the city of New York to fix the fair and reasonable compensation for services to be performed by relator, the surrogate of Queens county, in connection with the drawing of jurors for the said Surrogate's Court for the year 1920.

*George E. Cogswell* for appellant.

*John P. O'Brien, Corporation Counsel* (*John F. O'Brien, Willard S. Allen* and *Robert J. Culhane* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.